RECEIVED

NOV - 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA JOANNOU CONDON, ET AL. | MISC. CASE NO. 16-mc-29 |
| | RELATED CASE 15-cv-1250 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Patricia A. Joannou Condon, as Administratrix of the Estate of John Condon, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___8___ day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE